IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CLINTON D. RANDLE,<br><br>                    Plaintiff,<br><br>v.<br><br>FEDERAL EVIDENCE UNIT et al.,<br><br>                    Defendants. | **MEMORANDUM DECISION &**<br>**DISMISSAL ORDER**<br><br><br>Case No. 2:17-CV-28-DAK<br><br>District Judge Dale A. Kimball |

      In an Order dated January 31, 2017, the Court required Plaintiff to within thirty days pay an initial partial filing fee of $6.20 and submit a consent to have the remaining fee collected in increments from his/her inmate account. To date, Plaintiff has done neither.

      IT IS THEREFORE ORDERED that, because (s)he has failed to comply with the Court's order and has failed to prosecute his/her case, *see* DUCivR 41-2, Plaintiff's complaint is DISMISSED without prejudice. This case is CLOSED.

      Dated this 3rd day of April, 2017.

                                                    BY THE COURT:

                                                    _____
                                                    DALE A. KIMBALL
                                                    United States District Judge